■ The People of the State of New York, Respondent, v Jorge Rivera, Appellant. [953 NYS2d 506]—Judgment, Supreme Court, New York County (Thomas Farber, J.), rendered November 9, 2010, convicting defendant, upon his plea of guilty, of criminal possession of a controlled substance in the third degree, and sentencing him, as a second felony drug offender, to a term of 2½ years, unanimously affirmed.

The court properly denied defendant's suppression motion. As we concluded on a codefendant's appeal raising the same issue (*People v Colon* 96 AD3d 540 [1st Dept 2012]), there is no basis for disturbing the court's credibility determinations. Concur—Tom, J.P., Andrias, Renwick, DeGrasse and Richter, JJ.